# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRY FAGAN and GET STRATEGY, LLC,** : | | **CIVIL ACTION** |
| Plaintiffs, : | | |
| : | | **No. 13-5902** |
| v. : | | |
| : | | |
| **CHARINA ANN R. PELAYO,** : | | |
| **JOHN DOES (1–10), JANE DOES (1–10),** : | | |
| **and ENTITIES (1–10),** : | | |
| Defendants. : | | |

## ORDER

This 14th day of July, 2015 it is **ORDERED** that Plaintiffs shall have thirty days from the date of this Order to request transfer of this action pursuant to 28 U.S.C. § 1406(a). If Plaintiffs do not request transfer, this case shall be dismissed.

                                                              /s/ Gerald Austin McHugh
                                             United States District Court Judge